IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02082–MSK–KMT

CHRISTINA HERNANDEZ,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Asset Acceptance, LLC's Motion to Strike Paragraph Nos. 89-97, 100-110, and 113-118 of Plaintiff's Complaint" (Doc. No. 9, filed August 30, 2012) is DENIED without prejudice as moot based on the filing of Plaintiff's Amended Complaint (Doc. No. 11). *See Mohammed v. Holder,* No. 07-cv-2697-MSK-BNB, 2009 WL 529549, at *3 (D. Colo. Mar. 2, 2009) (Because an amended complaint supercedes the original complaint, a motion to dismiss directed at the original complaint is properly denied as moot); *see also Mink v. Suthers,* 482 F.3d 1244, 1254 (10th Cir. 2007) ("[A]n amended complaint supercedes an original complaint and renders the original complaint without legal effect. . . . ") (citations and internal quotation marks omitted).

Dated: September 21, 2012