IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02082-MSK-KMT

CHRISTINA HERNANDEZ,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 10, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #41**) and Granting the Defendant's Motion to Dismiss (**Doc. #13**), it is

ORDERED that the Recommendation of Magistrate Judge Tafoya (**Doc. #41**) is **ADOPTED**. The Defendant's Motion to Dismiss (**Doc. #13**) is **GRANTED** and all claims in this action are **DISMISSED** in their entirety, with prejudice. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day September, 2013.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        Edward P. Butler, Deputy Clerk